**IN THE US DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**22-CR-20104-jb**

**UNITED STATES OF AMERICA**
**PLAINTIFF**

**VS**

**FRANCISCO URIBE OCHOA**
**DEFENDANT**
**_______________________________/**

## MOTION TO CONTINUE DETENTION HEARING AND ARRAIGNMENT

**COMES NOW** the Defendant, Francisco Uribe Ochoa, by and through undersigned counsel and respectfully moves his Honorable Court to grant this his Urgent Motion to Continue Detention Hearing and Arraignment, on the following grounds:

1. Counsel for the Defendant is unexpectedly unable to travel to Miami-Dade County this morning as her vehicle is disabled. Counsel is a Broward County practitioner and alternative transportation will cause counsel to be delayed until approximately 11:30.
2. Counsel respectfully requests to reschedule the Detention Hearing and Arraignment. Counsel has not been able to discuss conversations in regard to the issue of detention with the Defendant as a result of a language barrier and the inability to coordinate with an available interpreter and FDC.
3. While Counsel is at the pleasure of the Court, Counsel is scheduled for a prepaid CLE conference in Orlando, Florida which is set to commence September 30, 2026 in the afternoon until Friday, October 2, 2026.
Ter

WHEREFORE The Defendant respectfully requests for This Honorable Court to grant this his Motion to Continue the Detention Hearing and Arraignment scheduled for September 28, 2026.

Respectfully submitted,

s/*Teresa Williams*_______________________
Teresa Williams
Williams Litigation Group
300 SW 12th Street
Ft Lauderdale, Fl. 33315
(954)761-9131
twilliams@williamslitigationgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing Motion to Continue was filed on pacer via cm/ecf this 29th day of September, 2026.

s/*Teresa Williams*___________________________