# COURT MINUTES

# Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor

Date: 09/29/2026 Time: 10:00 AM

Defendant: Francisco Eladio Uribe Ochoa J#: 52728-506 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Michael Sartoian Attorney: Teresa Williams-CJA

Violation: Conspiracy to provide material support or resources to carry out a violation of section 956 resulting in death.

Proceeding: RRC/Detention/ARR/ Status re: Indigency CJA Appt: ______

Bond/PTD Held: (•) Yes ( ) No Recommended Bond: TEMP-PTD

Bond Set at: ______ Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Spanish

Disposition:

*Brady order not given*

Defendant not present;

U.S.M.S. reports the defendant has medical issues;

CJA not present will appear for 2pm

Matter reset for 9-29 at 2pm

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel**: | 9-29-26 | 2:00 pm | Duty Magistrate Judge | Miami |
| **PTD**/Bond Hearing: | 9-29-26 | 2:00 pm | Duty Magistrate Judge | Miami |
| Prelim/**Arraign** or Removal: | 9-29-26 | 2:00 pm | Duty Magistrate Judge | Miami |
| **Status Conf. RE: Indig.** | 9-29-26 | 2:00 pm | Duty Magistrate Judge | Miami |

D.A.R. 10:48:24 Time in Court: 2 minutes