# COURT MINUTES

## Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor    Date: 09/29/2026 Time: 2:00 PM

Defendant: Francisco Eladio Uribe    J#: 52728-506    Case #: 22-CR-20104-BECERRA

AUSA: Michael Sartoian    Attorney: CJA, Teresa Williams

Violation: Conspiracy to Provide Material Support or Resources to Carry Out a Violation of Section 956 Resulting In Death.    Surr/Arrest Date: 09/20/2026    YOB: 1978

Proceeding: RRC/Detention/ARR/Status RE: Indigency    CJA Appt:

Bond/PTD Held: ○ Yes ○ No    Recommended Bond: TEMP-Pretrial Detention

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

Defendant not transported -has medical issues;

CJA present will reach out to client.

Defense filed D.E. # [2032] Motion to continue Detention hearing and Arraignment -GRANTED.

Status Conf RE: Indig. matter will be scheduled before Mag. Judge Reid.

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **PTD**/Bond Hearing: | 10-5-26 | 10:00 am | Duty Magistrate Judge | Miami |
| Prelim/**Arraign** or Removal: | 10-5-26 | 10:00 am | Duty Magistrate Judge | Miami |
| Status Conference RE: | | | | |

D.A.R. 14:35:06; 14:36:50    Time in Court: 6 minutes

s/Eduardo Sanchez    Magistrate Judge