Page 5

# COURT MINUTES

# Magistrate Judge Enjolique A. Lett

**Atkins Building-Courtroom 10** Date: 10/05/2026 Time: 10:00 AM

Defendant: Francisco Eladio Uribe Ochoa J#: 52728-506 Case #: 22-CR-20104-BECERRA(s)(s)(s)(s)(s)(s)

AUSA: Yara Dodin Attorney: Teresa Williams - CJA

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Detention Hearing/Arraignment CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: TEMP-PTD

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

*No Brady Order Given*

Defendant not present in court (Medical). Court resets matter to Friday, October 9, 2026.

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **PTD**/Bond Hearing: | **10/9/26** | **10AM** | **JUDGE LETT** | **MIAMI** |
| Prelim/**Arraign** or Removal: | **10/9/26** | **10AM** | **JUDGE LETT** | **MIAMI** |
| Status Conference RE: | | | | |

D.A.R. **10:35:02** Time in Court: **1 min**