**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-Becerra**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**FRANCISCO URIBE OCHOA,**

**Defendant.**
**___________________________________/**

**DEFENDANT'S MOTION TO CONTINUE PRETRIAL DETENTION HEARING AND ARRAIGNMENT**

**COMES NOW**, the Defendant, **FRANCISCO URIBE OCHOA**, by and through undersigned counsel, and hereby respectfully requests for a continuance of the Pretrial Detention Hearing and Arraignment scheduled for October 9, 2026, on the following grounds:

1. The Defendant is charged with 2 counts of Conspiracy to Provide Material Support to Carry Out a Violation of 956(a)(1) Resulting in Death, 18 USC §2339(A)(a) and one count of Conspiracy to Kill and Kidnap Outside of the United States, 18 USC § 956(a)(1).
2. This case is set for a pretrial detention hearing and arraignment on October 9, 2026.
3. The Defendant was not transported to Court for the pretrial detention hearing and arraignment on September 29, 2026 and on October 5, 2026 as a result of the fact that he is in medical isolation. Counsel and the Court have been informed that the Defendant will still be in medical isolation on October 9, 2026.
4. Defense counsel attempted to obtain further information in regard to the Defendant's condition and the expected duration of the medical isolation status by contacting the Federal Detention Center. Counsel requested further

information on the Defendant's medical status and asked to schedule a legal phone call with the Defendant. Counsel was informed that the information would be released to the prosecutor on the case but would not be released to defense counsel because of health information privacy concerns. Counsel for the Government, Sean McLaughlin, is currently in trial and could not be reached. Agent Pavletic who has been in contact with counsel offered assistance but was not able to provide any additional information prior to the filing of this Motion. Counsel still has not received word from FDC in regard to a date and time for a legal phone call to take place, although a request was made on October 5, 2026.

5. Counsel respectfully requests to continue this matter on October 9, 2026 as a result of the unavailability of the Defendant because of a medical quarantine at the Federal Detention Center. Counsel respectfully requests for the Court to set this matter in the afternoon any day during the week of October 12-October 16, 2026, other than Tuesday, October 13, 2026, or in the morning of October 14-16, 2026.

**WHEREFORE** the Defendant respectfully requests for This Honorable Court to grant this his Motion for Defense Continuance of Pretrial Detention Hearing and Arraignment.

Respectfully submitted,

s/*Teresa Williams*
Teresa Williams
Williams Litigation Group
300 SW 12th Street
Ft. Lauderdale, Fl. 33315
(954)761-9131
twilliams@williamslitigationgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF. I also certify that the attached motion was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/ECF this 7th day of October, 2026.

Respectfully submitted,

s/*Teresa Williams*

Teresa Williams
Williams Litigation Group
300 SW 12th Street
Ft. Lauderdale, Fl. 33315
(954)761-9131
twilliams@williamslitigationgroup.com