# COURT MINUTES

# Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor    Date: 11/04/2026    Time: 10:00 AM

Defendant: 2) Francisco E. Uribe Ochoa    J#: 52721-506    Case #: 22-CR-20104-BECERRA(s)(s)(s)(s)(s)(s)

AUSA: Alejandra Lopez    Attorney: Teresa Williams (CJA)

Violation: Conspiracy to Provide Material Support or Resources to Carry Out a Violation of Section 956 Resulting in Death

Proceeding: Arraignment/Detention Hearing    CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No    Recommended Bond: Temp Ptd

Bond Set at: $ STIP PTD with Right to Revisit    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____x's a week/month by phone: ____x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

Defendant Arraigned. Defense ore tenus request to enter standing Discovery Order – GRANTED. Government's ore tenus request for PTD – GRANTED pursuant to stipulated detention with the right to revisit. BRADY ORDER GIVEN.

Time from today to ____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:59:53; 11:45:52    Time in Court: 6MINS