**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20104-Becerra**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**FRANCISCO URIBE OCHOA,**

**Defendant.**
**____________________________________/**

**DEFENDANT FRANCISCO URIBE OCHOA'S NOTIFICATION OF CONFLICT, REQUEST FOR COURT INTERVENTION AND IN THE ALTERNATIVE ASSIGNMENT OF SUBSTITUTE COUNSEL FOR DECEMBER 1, 2026 STATUS CONFERENCE**

**COMES NOW**, the Defendant, **FRANCISCO URIBE OCHOA**, by and through undersigned counsel, and hereby respectfully submits the following Notification of Conflict, Request for Court Intervention, and in the Alternative Assignment of Substitute Counsel for December 1, 2026 Status Conference on the following grounds:

1. The Defendant is one of 17 Columbian nationals charged with 2 counts of Conspiracy to Provide Material Support to Carry Out a Violation of 956(a)(1) Resulting in Death, 18 USC §2339(A)(a) and one count of Conspiracy to Kill and Kidnap Outside of the United States, 18 USC § 956(a)(1).
2. This case is set for a status conference with all seventeen co-defendants on December 1, 2026.
3. Counsel for the Defendant, Teresa Williams, requested a continuance for a family court case set on December 1, 2026, in front of the Honorable Christopher Wigand in Joseph v. Thervil, case number FMCE25-7762 on Monday, November 23, 2026. Said request for continuance has been denied.

4. Counsel for Defendant Uribe Ochoa is concerned about not being in attendance at the scheduled hearing, as it is expected that important considerations of scheduling, budgeting, experts, second chairs and housing of the Defendants will be discussed that have long term ramifications for the status of the case. Should the Court share this concern, and wish for counsel to be present, the Defendant would respectfully request for the Court to enter an Order indicating that Defendant's counsel's presence is required or preferred.
5. Should the Court not be so inclined to order or request the presence of counsel, Joseph Rosenbaum has agreed to substitute for Teresa Williams on behalf of Francisco Uribe Ochoa at the December 1, 2026 status conference before the Court.

**WHEREFORE** the Defendant respectfully requests for This Honorable Court to accept this, his Notification of Conflict and Assignment of Substitute Counsel, and/or to Consider the Defendant's Request for Court Intervention.

Respectfully submitted,

s/*Teresa Williams*

Teresa Williams
Williams Litigation Group
300 SW 12th Street
Ft. Lauderdale, Fl. 33315
(954)761-9131
twilliams@williamslitigationgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF. I also certify that the attached motion was served electronically this day on all counsel of record via Notice of Electronic Filing generated by CM/ECF this 24th day of November, 2026.

Respectfully submitted,

s/*Teresa Williams*________________

Teresa Williams
Williams Litigation Group
300 SW 12th Street
Ft. Lauderdale, Fl. 33315
(954)761-9131
twilliams@williamslitigationgroup.com